# EXHIBIT A

## A GIFT AGEEMENT BETWEEN
## NEURODEGENERATIVE DISEASE RESEARCH INC.
## AND NORTHWESTERN UNIVERSITY

Northwestern University ("Northwestern") gratefully acknowledges the generosity of Neurodegenerative Disease Research Inc. (the "Donor") in executing this gift agreement to support Northwestern.

1. **Gift and Schedule.** The Donor intends to give $1,610,000 in cash (the "Gift") to Northwestern according to the following schedule.

| Gift Amount: | By No Later Than: |
|---|---|
| $110,000 | April 30, 2021   4/6/21 |
| $250,000 | June 30, 2021   4/7/21 |
| $250,000 | December 31, 2021 |
| $250,000 | March 31, 2022 |
| $250,000 | June 30, 2022 |
| $250,000 | March 31, 2023 |
| $250,000 | June 30, 2023 |

2. **Designation of the Gift.** The Gift shall be used to establish an expendable fund to be known as the Neurodegenerative Disease Research/Siddique Lab ALS Discovery Fund (the "Fund"). The Fund shall be administered by Northwestern's Feinberg School of Medicine ("Feinberg"), at the discretion of the Les Turner Foundation/Herbert C. Wenske Foundation Professor, which position is currently held by Dr. Teepu Siddique. The Fund shall be administered in accordance with applicable Northwestern policies and practices, including those on investment, spending, and administration, which may change from time to time. The Fund shall be used to research on amyotrophic lateral sclerosis (ALS) at the laboratory of Dr. Teepu Siddque, or its successor.

3. **Stewardship.** Stewardship shall be in accordance with standard practices, as they may change from time to time. Under current practices, Feinberg shall prepare an annual report about the use of the Fund for the Donor, until the Gift is fully expended.

4. **Campaign Credit and Recognition.** The Donor shall be provided credit for the Gifts in We Will. The Campaign for Northwestern (the "Campaign"), as well as for any other gifts or pledges made by the Donor during the Campaign. The Donor may be acknowledged in applicable Northwestern recognition societies and honor rolls, which may be in print or digital format.



**WE WILL.**
The Campaign for Northwestern



EXHIBIT A

5. **Planning for the Future.** If changed circumstances make it impossible, impractical, or inadvisable for Northwestern to implement the purpose of the Funds as originally envisioned, Northwestern may modify the purpose with an aim to continue to honor the Donor's intentions as closely as possible. In such circumstances, Northwestern will make reasonable efforts to consult with the Donor. Any changes or modifications due to changed circumstances agreed to by the Donor will be attached to this gift agreement. If the changes or modifications are not agreeable to the Donor, Northwestern will be notified in writing and future pledge payments will cease. (As required by IRS regulations for charitable gifts, Northwestern will retain any already-received gifts.)

This gift agreement is dated this 6 day of March, 2021.

**NEURODEGENERATIVE DISEASE RESEARCH INC.**

By: *Siobhan Ellison DVM PhD*
Siobhan Ellison, DVM, PhD
President

**NORTHWESTERN UNIVERSITY**

By: _____
Robert E. McQuinn
Vice President
Alumni Relations and Development

2