# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Neurodegenerative Disease Research, Inc.

                                              Plaintiff,

v.                                                                   Case No.: 1:25−cv−02775

                                                                                          Honorable Mary M. Rowland

Northwestern University

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: In light of the amended Complaint, the court denies the motion to dismiss [12] as moot. Response to the amended complaint is due 5/23/25. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.